# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD H. KLAU,<br>3733 Benton Street, N.W.<br>Washington, D.C. 20007<br><br>    *Plaintiff*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br><br>    *Defendant*. | Case No. 1:23-cv-03505<br><br><br>CIVIL ACTION |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The District of Columbia (the District) notifies this Court as follows:

1.      The District of Columbia is a named defendant in a civil action now pending in the Superior Court of the District of Columbia entitled *Ronald Klau v. District of Columbia* (2023-CAB-006540).

2.      The above-entitled action was filed in Superior Court on October 24, 2023.  A copy of the Complaint was served upon the District of Columbia on October 25, 2023.

3.      In Paragraphs 46–56 of the Complaint, Plaintiff alleges that the District violated the federal Fair Housing Act and the Americans with Disabilities Act.

4.      This Notice of Removal is brought under 28 U.S.C. § 1441(a), because Plaintiff's civil action is one in which the federal court has original jurisdiction.  The district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

5.      The District was served with the Complaint on October 25, 2023.  Under

28 U.S.C. § 1446(b), Defendant must therefore file a Notice of Removal within 30 days, or by

November 24, 2023.  This removal is therefore timely.

6.      Copies of the documents filed in the Superior Court of the District of Columbia

are attached as Exhibit A.

For the reasons set forth above, the District of Columbia requests that this action be

removed to the United States District Court for the District of Columbia.

Date: November 22, 2023.                              Respectfully submitted,

                                                      BRIAN L. SCHWALB
                                                      Attorney General for the District of Columbia

                                                      STEPHANIE E. LITOS
                                                      Deputy Attorney General
                                                      Civil Litigation Division

                                                      */s/ Matthew R. Blecher*
                                                      MATTHEW R. BLECHER [1012957]
                                                      Chief, Civil Litigation Division, Equity Section

                                                      */s/ Honey Morton*
                                                      HONEY MORTON [1019878]
                                                      Assistant Chief, Equity Section

                                                      */s/ Amanda C. Pescovitz*
                                                      AMANDA C. PESCOVITZ [1735780]*
                                                      Assistant Attorney General
                                                      Civil Litigation Division
                                                      Equity Section
                                                      400 6th Street, NW
                                                      Washington, D.C. 20001
                                                      Phone: (202) 805-7495
                                                      Email: amanda.pescovitz1@dc.gov

                                                      *Counsel for Defendant*

---

*      Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver).
Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant
to D.C. App. R. 46-A(d)(2).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed

on November 22, 2023.  I further certify that a copy of the Notice of Removal was served on

Plaintiff's counsel via electronic mail to:

Marc Borbely
D.C. Tenants' Rights Center
1115 Massachusetts Avenue, N.W., Suite 300
Washington, D.C. 20001
borbely@dcTenants.com

*Counsel for Plaintiff*

*/s/ Amanda C. Pescovitz*
AMANDA C. PESCOVITZ [1735780]
Assistant Attorney General