**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RONALD KLAU,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:23-cv-03505** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia moves under Rule 6(b)(1) for an extension of time to respond to the Complaint. Defendant seeks a one-week extension of the deadline to respond, from November 29, 2023, to December 6, 2023. Plaintiff consents to the requested relief.

Rule 6(b)(1)A) provides for extensions of time on showing of good cause. Due to the Thanksgiving holiday, Defendant requires additional time to draft its response to the Complaint. No party will suffer prejudice if the Court grants this Motion and the proposed extension will not materially delay resolution of the action. A brief memorandum and proposed order are attached.

Date: November 22, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Civil Litigation Division,
Equity Section

/s/ Amanda C. Pescovitz
AMANDA C. PESCOVITZ [1735780]*
Assistant Attorney General
Equity Section
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendant*

---

\*      Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RONALD KLAU,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:23-cv-03505** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

In support of Defendant's Consent Motion for an Extension of Time to Respond to

Plaintiff's Complaint, Defendant submits the following:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause, as stated in the Motion;

3. Plaintiff's consent; and

4. The inherent power of the Court.

Date: November 22, 2023.                    Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Civil Litigation Division,
Equity Section

/s/ Amanda C. Pescovitz
AMANDA C. PESCOVITZ [1735780][*]
Assistant Attorney General
Equity Section
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendant*

---

[*]    Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver).
Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant
to D.C. App. R. 46-A(d)(2).

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RONALD KLAU,** | |
| **Plaintiff,** | |
| **v.** | **No. 1:23-cv-03505** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint (Motion), Plaintiff's consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its response by December 6, 2023.

**SO ORDERED**.

Dated: _____         _____

                                                          United States District Judge