## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD KLAU,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | No. 1:23-cv-03505-CJN |

## NOTICE OF VOLUNTARY DISMISSAL

The clerk shall please note that Plaintiff dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the parties having settled their dispute.

                                          Respectfully submitted,

February 22, 2024                          /s/ Marc Borbely
                                                      Marc Borbely, DC Bar #489871
                                                        D.C. Tenants' Rights Center
                                                       1115 Massachusetts Ave NW #300
                                                       Washington, DC 20005
                                                       202-681-6871
                                                       borbely@dctenants.com

                                                       *Counsel for Plaintiff*